# Order

Michigan Supreme Court
Lansing, Michigan

November 22, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128768
(100)

TERI ROHDE, BRENDON QUILTER, MARY
QUILTER, WALTER MACKEY, BARBARA
MACKEY, GARY GIBSON, ELLEN GIBSON,
TED JUNGKUNTZ, LOISE JUNGKUNTZ,
DAVID SPONSELLER, MARY SPONSELLER,
MIKE GLADIEUX, MARTHA GLADIEUX,
HELEN RYSSE, TERRY TROMBLEY, JOHN
WILLIAMS, and THERESE WILLIAMS,
      Plaintiffs-Appellants,

v

ANN ARBOR PUBLIC SCHOOLS a/k/a PUBLIC
SCHOOLS OF THE CITY OF ANN ARBOR,
BOARD OF EDUCATION FOR ANN ARBOR
PUBLIC SCHOOLS, PRESIDENT OF THE
BOARD OF EDUCATION FOR ANN ARBOR
PUBLIC SCHOOLS, and TREASURER OF THE
BOARD OF EDUCATION FOR ANN ARBOR
PUBLIC SCHOOLS,
      Defendants-Appellees,

and

ANN ARBOR EDUCATION ASSOCIATION,
MEA/NEA,
      Intervening Defendant-Appellee.

SC: 128768
COA: 253565
Washtenaw CC: 03-001046-CZ

_____/

      On order of the Court, the motion for clarification of order granting leave to appeal is considered, and it is GRANTED. The Court is not granting leave to appeal on Issue II in the application for leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2006

_____
Clerk

p1120